**No. 45445.**—Protest 760470–G of Wm. Shaland (New York)

Opinion by OLIVER, P. J. It was stipulated that the kazoos in question are similar to those the subject of Abstracts 44122 and 32264. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 45446.**—Protest 781596–G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 45447.**—Protest 804769–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: whistling balloons, rubber balloons, and noisemakers in part of bamboo at 45 percent ad valorem under paragraph 409, and trick daggers and kazoos in chief value of metal at 45 percent under paragraph 397. Abstracts 40493, 37637, 44122, and 32264 followed.

**No. 45448.**—Protest 905266–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 41823 fur dogs and animals were held dutiable at 50 percent under paragraph 1519 (e) and whistling balloons, rubber balloons and noisemakers in part of bamboo, similar to those the subject of Abstract 40493, were held dutiable at 45 percent under paragraph 409. Kazoos were held dutiable at 45 percent under paragraph 397, Abstracts 44122 and 32264 followed. Trick daggers like those the subject of Abstract 37637 were held dutiable at 45 percent under paragraph 397.

**No. 45449.**—Protest 919614–G of Levin Bros. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 squawker balloons composed in part of bamboo were held dutiable at 45 percent under paragraph 409 as claimed.

**No. 45450.**—Protest 949368–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 whistling balloons, rubber balloons, and noisemakers in part of bamboo were held dutiable at 45 percent under paragraph 409 as claimed.